| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| KRIS SAFRAW WELCH, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:12-CV-161 |
| § | |
| JEFFERSON COUNTY, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Kris Safraw Welch, a former pre-trial detainee at the Jefferson County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the defendant Jefferson County.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) as plaintiff has failed to pay the filing fee or file an application to proceed *in forma pauperis* along with the requisite certified statement of his inmate trust account as ordered. Despite an extension of time, plaintiff has still yet to comply and has been admonished that failure to do so could result in this action being dismissed for want of prosecution.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by either party to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 2nd day of January, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE